# United States Bankruptcy Court
# District of Kansas

In re Michael and Debta Hamilton     Case No. **17-22398-13-rdb**

Debtor(s)     Chapter **13**

**CAPITAL ONE AUTO FINANCE**

    vs.      Contested Hearing.

**DEBRA LYNN HAMILTON**

### REPLY TO CREDITOR'S MOTION FOR ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STATE

**Come(s) now** Debtor(s), by and through Jonathan C. Becker, and object(s) to Creditor's motion for Order Modifying Automatic Stay and Co-Debtor Stay (Hereinafter "Creditor's Motion"). In support hereof, Debtor(s) state(s) and alleges as follows:

### COUNT I

1. Debtor denies the factual allegations contained in Paragraph One of Creditor's Motion and puts Creditor to strict proof of each and every allegation contained therein.

2. Debtor denies the legal and factual allegations contained in Creditor's Motion Paragraph Two and puts Creditor to strict proof of each and every factual allegation contained therein.

3. To the extent any payments are allegedly owed, as Creditor's Motion alleges in subparagraphs of ¶2, said payments shall be made as part of plan payments as stated in Debtors' First Amended Chapter 13 Plan.

4. Creditor's Motion at ¶2.b alleges a diminished value, but does not provide any value, number, numeral or appraisal suggesting what value Creditor places on the asset in questions.

5. ¶3 of Creditor's Motion is denied.

6. ¶4 of Creditor's Motion is denied.//
7. ¶5 of Creditor's Motion is denied.

**COUNT II**

8. Debtor denies each and every factual and legal allegation contained in the unnumbered clause and/or incorrectly punctuated sentence immediately preceding the paragraph enumerated as ¶6.
9. ¶7 of Creditor's Motion is denied.
10. Debtor is without information or knowledge of the factual allegations contained in ¶8 of Creditor's Motion and puts Creditor to strict proof.

**Wherefore**, having fully answered, the debtor(s) move(s) the Court to deny said Creditor's Motion and for such relief the court deems just and equitable.

        **JONATHAN C. BECKER,**
        **ATTORNEY AT LAW, P.A.**

        By: /s/ Jonathan C. Becker_____
        Jonathan C. Becker, #13983
        4000 W. 6th, Ste B
        Lawrence, KS 66049-3205
        785/842-0900
        844/231-9750 fax
        jayhawkattorney@gmail.com
        **Attorney for Debtor**

**CERTIFICATE OF MAILING**

I hereby certify that on this March 12, 2018 a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Jonathan C. Becker_____
Jonathan C. Becker