U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
4/17/2018
Hon. Robert D. Berger, Presiding

09:30 AM

Case Information:
  17-22398 Micheal Reece Hamilton and Debra Lynn Hamilton   Chapter: 13

Judge: RDB   Filed: 12/13/2017   Pln Confirmed:

Appearances:
xx   Jonathan C Becker  representing  Micheal Reece Hamilton  (Debtor)
xx   Jonathan C Becker  representing  Debra Lynn Hamilton  (Joint Debtor)
xx   Lisa Billman representing Capital One Auto
xx    William H Griffin  (Trustee)

Issue(s):
  [31]  Motion for Relief from Stay Regarding 2011 Honda Civic 2HGFA1F97BH522000.. Fee Amount $181,, in addition to Motion for Relief from Co-Debtor Stay Regarding Dorothy Ann Housworth Filed on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A. c/o Michael P Gaughan (Attachments: # 1 Exhibit contract p 1 # 2 Exhibit contract p 2 # 3 Exhibit lien), with Certificate of Service.

  [38]  Amended Chapter 13 Plan Filed by Joint Debtor Debra Lynn Hamilton, Debtor Micheal Reece Hamilton (RE: related document(s)2 Chapter 13 Plan  Filed by Joint Debtor Debra Lynn Hamilton, Debtor Micheal Reece Hamilton.).

Notes/Decision:

Motion for Relief denied. Plan continued to June 12, 2018 @ 9:30 a.m. for amendment.  Text order entered for both issues.

Courtroom Deputy: Mary Meyer
ECRO Reporter:  Shawna Taylor