IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| Michael Reece Hamilton and ) | Case No. 17-22398 |
| Debra Lynn Hamilton, ) | |
| Debtors ) | |

## MOTION TO AMEND A CONFIRMED PLAN AND
## APPLICATION OF MOORE & ASSOCIATES LLC FOR POST-CONFIRMATION
## ATTORNEY'S FEES AND EXPENSES

COME NOW Debtors, by and through retained counsel, and for their Motion to Amend a Confirmed Plan, state to the Court as follows:

1. Debtors filed the present Chapter 13 bankruptcy on  . Their Chapter 13 Plan was confirmed on 6/13/2018.

2. Debtors wish to surrender the Kirby vacuum system to the secured creditor, United Consumer Finance, who may file a general unsecured claim for any deficiency after sale of the property.

3. Debtors' attorneys apply for compensation in the amount of $250.00 for post-confirmation work and in the amount of $46.00 for expenses related to the filing of this Motion, said sum being consistent with the Fee Agreement between counsel and Debtors. Debtors' counsel requests that said sum be paid as a post-petition administrative expense through Debtors' Chapter 13 plan.

WHEREFORE, Debtors request the Court's order modifying the Plan as presently confirmed, allowing attorney's fees in the amount of $250.00 and expenses in the amount of $46.00 as set forth above, and granting other such relief as the Court may deem just and proper.

Respectfully submitted,
Moore & Associates, LLC

                                                   ***/s/ Nancy L. Skinner***
                                                   Hilliard L. Moore KS Fed #78309, MO #64039
                                                   Nancy L. Skinner KS #24821, MO #62247
                                                   Douglas B. Breyfogle KS #16024, MO #45234
                                                   Robin R. Randolph KS Fed #78663, MO #69581
                                                   MOORE & ASSOCIATES, LLC
                                                   8730 Bourgade Ave. Suite 200
                                                   Lenexa, KS 66219
                                                   (913) 742-8700
                                                   (913) 273-1343 (Fax)
                                                   ECF@mooreandassociateskc.com
                                                   Attorney for Debtors

## Certificate of Service

     I hereby certify that a true copy of the foregoing Motion was provided to the Office of the Chapter 13 Trustee and all other parties receiving electronic notice via ECF and to all other parties on the master mailing matrix by US Mail, postage prepaid, on this day of July 30, 2018.

                                                ***/s/ Nancy L. Skinner***