**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 17th day of September, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **IN RE**: | ) | |
| Michael Reece Hamilton | ) | Case No. 17-22398 |
| Debra Lynn Hamilton | ) | |
| Debtors | ) | |

### ORDER GRANTING MOTION TO AMEND A CONFIRMED PLAN AND APPLICATION OF MOORE & ASSOCIATES FOR POST-CONFIRMATION ATTORNEY'S FEES AND EXPENSES

NOW, on the date above written, the Court takes up Debtors' Motion to Amend a Confirmed Plan and Application for Post-Confirmation Attorney's Fees and Expenses (Doc.64). Finding no timely objection filed thereto, and for good cause shown, said Motion is GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that Debtors' Plan is amended to surrender the Kirby vacuum system to United Consumer Finance.

IT IS ALSO ORDERED, ADJUDGED AND DECREED that Debtors' counsel is allowed compensation in the amount of $250.00 in attorney's fees and $46.00 in expenses as a post-petition administrative expense to be paid through Debtors' Chapter 13 Plan.

# # #

| | |
|---|---|
| PREPARED BY: | APPROVED AS TO FORM: |
| */s/ Nancy L. Skinner* | */s/ William H. Griffin* |
| Hilliard L. Moore KS Fed #78309, MO #64039 | William H. Griffin, #08060 |
| Nancy L. Skinner KS #24821, MO #62247 | 5115 Roe Blvd, Suite 200 |
| Douglas B. Breyfogle KS #16024, MO #45234 | Roeland Park, KS 66205 |
| Robin R. Randolph KS Fed #78663, MO #69581 | (913) 677-1311 |
| MOORE & ASSOCIATES, LLC | (913) 432-7857 FAX |
| 8730 Bourgade Ave. Suite 200 | Chapter 13 Trustee |
| Lenexa, KS 66219 | |
| (913) 742-8700 | |
| (913) 273-1343 (Fax) | |
| ECF@mooreandassociateskc.com | |
| Attorney for Debtors | |